```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
FXROBOTT LLC, et al.,                                                :
                                                                     :
                         Plaintiffs,                                 :
                                                                     :
            -v-                                                      :   25-cv-2264 (LJL)
                                                                     :
NOETIQ RESEARCH INC., et al.,                                        :   ORDER
                                                                     :
                         Defendants.                                 :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

For the reasons stated on the record at the preliminary injunction hearing held on April 1, 2025, Plaintiffs' motion for a preliminary injunction is denied without prejudice to a renewed motion for a preliminary injunction to be filed no later than June 2, 2025. Defendants' memorandum of law in opposition to the renewed motion for injunctive relief must be filed no later than June 9, 2025. Plaintiffs' reply in support of the renewed motion must be filed no later than June 13, 2025. The Court will hold a hearing on the renewed motion on June 16, 2025 at 10:30 AM in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

By April 4, 2025 at 5 PM, the parties shall file a proposed schedule for expedited discovery.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                                    _____
                                                    LEWIS J. LIMAN
                                                    United States District Judge