```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
FXROBOTT LLC, et al.,                                             :
                                                                  :
                        Plaintiffs,                               :
                                                                  :
        -v-                                                       :   25-cv-2264 (LJL)
                                                                  :
NOETIQ RESEARCH INC., et al.,                                     :   ORDER
                                                                  :
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/19/2025
```

LEWIS J. LIMAN, United States District Judge:

Defendants Noah Applebaum, Patrick Black, Finnovation Technologies LLC, Noetiq Research Inc., Pixel Cloud Tech Solutions LLC, and Henry Wilcox move, pursuant to Rule 65(a)(2) for an order consolidating the hearing on Plaintiffs' motion for a preliminary injunction returnable on June 18, 2025 with the hearing on the merits of Plaintiffs' request for a permanent injunction. Dkt. No. 28. No opposition has been submitted. The motion is granted.

The Federal Rules of Civil Procedure favor consolidation of the hearing on a preliminary injunction with that for a permanent injunction as a means "to expedite the final disposition of the action." Fed. R Civ. P. 65 Notes to 1966 Amendment. The Advisory Committee has expressed the belief "that consolidation can be usefully availed of in many cases." *Id.* In this case, consolidation will permit the Court to expeditiously settle the parties' respective rights.

The briefing schedule set in the Court's Order dated April 2, 2025, will continue to control the schedule for briefing in advance of the consolidated hearing. Dkt. No. 22. The parties need not separately comply with Section 5 of the Court's Individual Practices in Civil Cases.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 28.

SO ORDERED.

Dated: May 19, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge