```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
FXROBOTT LLC, et al.,                                            :
                                                                 :
                              Plaintiffs,                        :
                                                                 :
              -v-                                                :   25-cv-2264 (LJL)
                                                                 :
NOETIQ RESEARCH INC., et al.,                                    :   ORDER
                                                                 :
                              Defendants.                        :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

To ensure sufficient time for the parties' presentations, the hearing scheduled for June 18, 2025 at 11:00 AM shall be moved to 9:00 AM. The Court is prepared to hear from the parties until 1:00 PM and then, if necessary, to resume the hearing at 3:30 PM. If the parties are unable to complete their presentations during that time, the hearing shall be continued on June 25, 2025 at 9:30 AM.

SO ORDERED.

Dated: June 12, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge