```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
FXROBOTT LLC, et al.,                                              :
                                                                   :
                        Plaintiffs,                                :
                                                                   :
        -v-                                                        :    25-cv-2264 (LJL)
                                                                   :
NOETIQ RESEARCH INC., et al.,                                      :         ORDER
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2025

LEWIS J. LIMAN, United States District Judge:

The Court will hold a status conference in this case at 12:00 PM on July 24, 2025, in Courtroom 15C, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 14, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge