```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/18/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
FXROBOTT LLC, et al.,

                    Plaintiffs,

          -v-

NOETIQ RESEARCH INC., et al.,

                    Defendants.
-------------------------------------------------------------------X

25-cv-2264 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      In anticipation of the status conference on July 24, 2025, it is ORDERED that by July 23, 2025, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman. This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      SO ORDERED.

Dated: July 18, 2025
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge