```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FXROBOTT LLC, ET AL.,

            Plaintiffs,

-v-

NOETIQ RESEARCH INC., ET AL.,

            Defendants.

**ORDER**

25-CV-2264 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated July 24, 2025, this case was referred to the undersigned for settlement. ECF No. 59.

A conference is scheduled on **August 6, 2025, at 11:00 a.m.** by telephone to discuss settlement procedures and scheduling a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 805 986 309#).

The parties are also directed to review the "Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo," available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: July 25, 2025
      New York, New York

                                     Henry J. Ricardo
                                     United States Magistrate Judge