```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FXROBOTT LLC, ET AL.,

                Plaintiffs,

-v-

NOETIQ RESEARCH INC., ET AL.,

                Defendants.

**ORDER**

25-CV-2264 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a pre-settlement conference on August 6, 2025 to discuss settlement procedures. By **August 15, 2025**, Plaintiffs are directed to respond to Defendants' settlement proposal. The parties are further directed to confer regarding dates for an in-person settlement conference.

A conference is scheduled on **August 20, 2025,** at **4:30 p.m.** by telephone to discuss the status of settlement efforts and to schedule a future settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 159 741 135#).

**SO ORDERED.**

Dated: August 6, 2025
      New York, New York

                                                   _____
                                                   Henry J. Ricardo
                                                   United States Magistrate Judge