UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   9/5/2025
```

FXROBOTT LLC, ET AL.,

                Plaintiffs,

      -v-

NOETIQ RESEARCH INC., ET AL.,
                Defendants.

**ORDER**

25-CV-2264 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

      The Court held a conference with the parties on September 5, 2025 to discuss the status of their settlement efforts.

      In advance of the settlement conference scheduled on **September 22, 2025**, the parties are directed to confer regarding (1) who are the proper attendees at the settlement conference, and (2) how the parties will verify certain factual information during the settlement conference.  By **September 17, 2025**, the parties are directed to exchange damages calculations and provide a copy to Chambers by email.  By the same date, the parties are directed to submit their Acknowledgement Forms to Chambers by email and may each submit an *ex parte* settlement letter to Chambers by email if they so wish.

      By **September 18, 2025**, counsel may submit an application to bring personal electronic devices into the courthouse for use during the settlement

conference by email to Chambers.  The application form is available at

https://nysd.uscourts.gov/hon-henry-j-ricardo.

**SO ORDERED.**

Dated: September 5, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge