```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FXROBOTT LLC, ET AL.,

                Plaintiffs,

-v-

NOETIQ RESEARCH INC., ET AL.,

                Defendants.

**ORDER**

25-CV-2264 (LJL)

**HENRY J. RICARDO, United States Magistrate Judge.**

On September 19, 2025, the Court held a conference with the Parties to discuss the status of settlement discussions. For the reasons discussed at the conference, the settlement conference scheduled for September 22, 2025 is adjourned.

A further conference is scheduled on **September 24, 2025** at **2:00 p.m.** by telephone to discuss rescheduling the settlement conference. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 637 502 066#).

**SO ORDERED.**

Dated: September 19, 2025
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge