DUNNEGAN & SCILEPPI LLC
ATTORNEYS AT LAW
437 MADISON AVENUE
NEW YORK, NEW YORK 10022

212-332-8300
212-332-8301 TELECOPIER

January 30, 2026

Via ECF

Hon. Lewis J. Liman
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  FXRobott, LLC, et al. v. Noetiq Research Inc., et al.
25-cv-2264 (LJL)

Dear Judge Liman:

We represent the defendants/counterclaimants in the above action.

We are writing to respectfully request that the February 13, 2026, deadline set forth in the July 24, 2025, scheduling order (Dkt. 60) for the submission of the joint pretrial order, and the subsequent deadlines contained in that order, be adjourned without date.

The basis for this request is that the motion of defendants/counterclaimants for summary judgment (Dkt. 74) is fully briefed and that the submission of a joint pretrial order should await a decision on this motion. There have been no prior requests to extend or adjourn this date. The next Court appearance is the final pretrial conference scheduled for March 18, 2026, at 2:00 pm. (Dkt. 60)

On January 28, 2026, at 4:58 pm, we asked counsel for plaintiffs/counterclaim defendants for their position. We did not receive any response. In our follow-up email on January 29 at 3:47 pm, we informed counsel that we intended to write to the Court at noon on January 30, and requested a response before then. We have not received any response from counsel.

Respectfully yours,

Laura Scileppi

Cc: Martin Shell, Esq., counsel for plaintiffs/counterclaim defendants (via ECF)

The parties shall file the Joint Pretrial Order, requests to charge, proposed voir dire, and motions in limine as scheduled. The final pretrial conference and the trial are ADJOURNED sine die. The parties shall be prepared for trial on 30 days notice.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

February 2, 2026