USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

FXROBOTT LLC, et al.,

Plaintiffs,

-v-

NOETIQ RESEARCH INC., et al.,

Defendants.

---------------------------------------------------------------------- X

25-cv-2264 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court will hold a final pre-trial conference in this matter on October 7, 2026 at 11:00 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse.

SO ORDERED.

Dated: September 16, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge