USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FXROBOTT LLC, et al.,

Plaintiffs,

-v-

NOETIQ RESEARCH INC., et al.,

Defendants.

25-cv-2264 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court held a final pretrial conference in this matter on October 7, 2026. This Order memorializes the rulings made at the conference:

A jury trial will be held on December 14, 2026 at 9:30 a.m. in Courtroom 15C at the 500 Pearl Street Courthouse. As agreed by Plaintiffs, the only remaining Defendants for trial will be Noetiq Research Inc., Pixel Cloud Tech Solutions LLC, and Finnovation Technologies LLC. Neither party may make reference at trial to the claims on which the Court granted summary judgment or to the Court's summary judgment decision absent further application to the Court. The Court will not impose time limits on witness examinations. Opening statements may be no longer than ten minutes for each side.

The parties are directed to submit a revised joint pretrial order by October 21, 2026 with narrowed witness lists and exhibit lists, a revised joint statement summarizing the nature of the case, requests to charge, proposed voir dire, and the verdict form. During the conference, the parties consented to permitting jurors to ask questions of the witnesses at trial, stating that they found such practice to be helpful in the past. The Second Circuit has held that the court has

discretion to permit juror questioning of witnesses, though it has warned of its risks, discouraged its use, and set out guidelines that should be followed. *See United States v. Bush*, 47 F.3d 511 (2d Cir. 1995). The Court intends to follow the guidelines set forth in *Bush*, 47 F.3d at 516. The joint pretrial order shall state any objections to those processes and any further processes that the parties request.

A final pretrial conference will be held on December 2, 2026 at 10:30 am in Courtroom 15C at the 500 Pearl Street Courthouse.

Counsel for Plaintiffs is directed to transmit to Chambers transcripts of all depositions taken in this case to date via email to the Chambers email inbox by no later than October 14, 2026.

SO ORDERED.

Dated: October 9, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge