USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

FXROBOTT LLC, et al.,

Plaintiffs,

-v-

NOETIQ RESEARCH INC., et al.,

Defendants.

---------------------------------------------------------------------X

25-cv-2264 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The parties have jointly moved for a stay. Dkt. No. 105. The Court held a status conference in this matter today, November 24, 2026. This Order memorializes the rulings made at the conference:

The motion for a stay is granted in part and denied in part. The deadline for submission of the transcripts of all depositions taken in this case to date is adjourned *nunc pro tunc* until December 14, 2026. All other deadlines remain in place. The motion for a stay of the remaining deadlines is denied without prejudice to renewal upon submission of a letter, jointly agreed to by the parties, reflecting that all parties have agreed to all material terms of a settlement and identifying a document that contains all of the material terms of the settlement by its title and date.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 105.

SO ORDERED.

Dated: November 24, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge